**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Rudolphus Nelson v. The State of Texas

Appellate case number:    01-11-01054-CR

Trial court case number:  1233770

Trial court:                        184th District Court of Harris County

A supplemental clerk's record that complies with our Order of Abatement has been filed. Accordingly, the appeal is **reinstated**.

Appellant's brief is due no later than 30 days from the date of this order.

It is so **ORDERED**.

Judge's signature: /s/ Justice Higley
                            ☐ Acting individually     ☐ Acting for the Court

Date: October 11, 2012